# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL A. LOPEZ,<br><br>Defendant. | Case No. 1:19-po-00126-SAB<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF No. 9) |

On August 14, 2019, Defendant Rafael A. Lopez filed a motion for bail review to obtain release on bail. A hearing on Defendant's motion was held August 21, 2019. Defendant appeared in custody with counsel Matthew Lemke. Counsel Michael Tierney appeared for the Government. Having considered the moving papers and the arguments presented at the August 21, 2019 hearing the Court shall deny Defendant's motion for bail review.

Section 3142 of Title 18 of the United States Code provides that a detention "hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(e)(2)(B). Here, Defendant seeks to reopen his bail hearing based on finding that there is bail money available to obtain his release. The Court

finds that the recent discovery that bail monies are available is sufficient to reopen the bail hearing to determine if the new conditions would reasonably assure the defendant's appearance and the safety of any other person or the community.

For the reasons stated on the record, the Court finds that Defendant's proposed new conditions of a cash bond in the amount of $2,000.00 and the fact that at least one of the defendant's FTA may be without foundation, along with any other additional conditions, would not ensure Defendant's appearance or the safety of the community. Therefore, Defendant's motion for bail review and release on conditions is DENIED. The Defendant remains detained as a flight risk and that there are no conditions or combination of conditions which will reasonable assure his appearance and the safety of the community.

IT IS SO ORDERED.

Dated: __**August 21, 2019**__

UNITED STATES MAGISTRATE JUDGE